| **Return** | | |
|---|---|---|
| Case No.: <br> 3:18 MJ 16 | Date and time warrant executed: <br> 01/24/2018 3:53 pm | Copy of warrant and inventory left with: <br> n/a |
| Inventory made in the presence of : <br> n/a | | |
| Inventory of the property taken and name of any person(s) seized: <br><br> See attached report for a list of data which was seized from the cellular telephones. | | |

FILED
CHARLOTTE, NC

JUN 21 2019

US DISTRICT COURT
WESTERN DISTRICT OF NC

| **Certification** |
|---|
|      I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge. |

Date: 06/21/2019

_Executing officer's signature_

Michael Sardelis, FBI TFO
_Printed name and title_

# UNITED STATES DISTRICT COURT

for the

Western District of North Carolina

Certified to be a true and
correct copy of the original
U.S. District Court
Frank G. Johns, Clerk
Western District of N.C.
By: _Cecelia M Smith_
Deputy Clerk
Date _1/24/2018_

| | | |
|---|---|---|
| In the Matter of the Search of | ) | |
| *(Briefly describe the property to be searched* | ) | |
| *or identify the person by name and address)* | ) | Case No.    3:18-mj- *16* |
| | ) | |
| NINETEEN CELLULAR TELEPHONES AND TABLETS, | ) | |
| CURRENTLY LOCATED AT 7915 MICROSOFT WAY, | ) | |
| CHARLOTTE, NORTH CAROLINA | ) | |

## SEARCH AND SEIZURE WARRANT

To:      Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the _____Western_____ District of _____North Carolina_____ *(identify the person or describe the property to be searched and give its location)*:

SEE SEARCH WARRANT AFFIDAVIT ATTACHMENT A.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

SEE SEARCH WARRANT AFFIDAVIT ATTACHMENT B.

**YOU ARE COMMANDED** to execute this warrant on or before _____February 3, 2018_____ *(not to exceed 14 days)*

☐ in the daytime 6:00 a.m. to 10:00 p.m.      ☑ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to _Judge Keasler or Cayer_ .
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*

☐ for _30_ days *(not to exceed 30)*   ☐ until, the facts justifying, the later specific date of _____

Date and time issued:      _1/24/18  2:30 PM_                     _David C. K____
                                                                                          *Judge's signature*

City and state:      Charlotte, North Carolina                     David C. Keesler, U.S. Magistrate Judge
                                                                                          *Printed name and title*

1B196, Apple iPad Air

## Contents

| Type | | | |
|---|---|---|---|
| Application Usage | 15 | | 15 | |
| Autofill | 196 | | 196 | |
| Bluetooth Devices | 3 | | 3 | |
| Calendar | 152 | (91 Deleted) | 152 | (91 Deleted) |
| Call Log | 378 | (34 Deleted) | 378 | (34 Deleted) |
| Chats | 35 | (2 Deleted) | 35 | (2 Deleted) |
| ▪ Facebook Messenger | 22 | | 22 | |
| ▪ Hangouts | 1 | | 1 | |
| ▪ ooVoo: rye2chainz@im8.oovoo.com | 7 | (2 Deleted) | 7 | (2 Deleted) |
| ▪ Skype: claudialatilbeaudiere | 1 | | 1 | |
| ▪ Skype: ryebrique | 2 | | 2 | |
| ▪ Skype:ChatSync | 2 | | 2 | |
| Contacts | 2630 | (852 Deleted) | 2630 | (852 Deleted) |
| Cookies | 10685 | (14 Deleted) | 10685 | (14 Deleted) |
| Device Notifications | 317 | | 317 | |
| Emails | 6854 | (893 Deleted) | 6854 | (893 Deleted) |
| Form Data | 1 | | 1 | |
| Installed Applications | 240 | | 240 | |
| Instant Messages | 1 | | 1 | |
| Journeys | 10 | | 10 | |
| Locations | 357 | (135 Deleted) | 357 | (135 Deleted) |
| Notes | 5 | (1 Deleted) | 5 | (1 Deleted) |
| Passwords | 6 | | 6 | |
| Searched Items | 60 | | 60 | |
| SMS Messages | 1 | | 1 | |
| User Accounts | 62 | | 62 | |
| User Dictionary | 1629 | | 1629 | |
| Web Bookmarks | 14 | | 14 | |
| Web History | 6826 | (57 Deleted) | 6826 | (57 Deleted) |
| Wireless Networks | 23 | (8 Deleted) | 23 | (8 Deleted) |
| Data Files | 178278 | | 178278 | |
| ▪ Applications | 558 | | 558 | |
| ▪ Archives | 32 | | 32 | |
| ▪ Audio | 1409 | | 1409 | |
| ▪ Configurations | 81077 | | 81077 | |
| ▪ Databases | 916 | | 916 | |
| ▪ Documents | 277 | | 277 | |

| | | |
|---|---|---|
| ▪ Images | 38140 | 38140 |
| ▪ Text | 4543 | 4543 |
| ▪ Uncategorized | 51260 | 51260 |
| ▪ Videos | 66 | 66 |
| Device Screenshots | 1 | 1 |

1B198, Alcatel A205G-B

Contents

| | | | | |
|---|---|---|---|---|
| Call Log | 60 | | 60 | |
| SIM Data | 4 | | 4 | |
| Timeline | 60 | | 60 | |
| Data Files | 141 | (1 Deleted) | 141 | (1 Deleted) |
| ● Text | 3 | (1 Deleted) | 3 | (1 Deleted) |
| ● Uncategorized | 138 | | 138 | |

1B199, Apple iPhone 5s

## Contents

| Type | Total in input | Total |
|---|---|---|
| Contacts | 6 | 6 |
| SIM Data | 9 | 9 |
| Data Files | 100 | 100 |
| • Text | 2 | 2 |
| • Uncategorized | 98 | 98 |

1B200, CoolPad 3320A

## Contents

| Type | | | | |
|---|---|---|---|---|
| Autofill | 8 | | 8 | |
| Calendar | 104 | (2 Deleted) | 104 | (2 Deleted) |
| Call Log | 1 | | 1 | |
| Cell Towers | 1 | | 1 | |
| Contacts | 1440 | (5 Deleted) | 1440 | (5 Deleted) |
| Cookies | 123 | | 123 | |
| Device Users | 1 | | 1 | |
| Emails | 204 | (6 Deleted) | 204 | (6 Deleted) |
| Installed Applications | 109 | (5 Deleted) | 109 | (5 Deleted) |
| Locations | 3 | | 3 | |
| Passwords | 74 | | 74 | |
| Searched Items | 3 | | 3 | |
| SMS Messages | 7 | (7 Deleted) | 7 | (7 Deleted) |
| User Accounts | 7 | | 7 | |
| Web Bookmarks | 2 | | 2 | |
| Web History | 112 | | 112 | |
| Wireless Networks | 2 | | 2 | |
| Timeline | 667 | (11 Deleted) | 667 | (11 Deleted) |
| Data Files | 6485 | (172 Deleted) | 6485 | (172 Deleted) |
| Applications | 1318 | (10 Deleted) | 1318 | (10 Deleted) |
| Archives | 11 | (1 Deleted) | 11 | (1 Deleted) |
| Audio | 83 | | 83 | |
| Configurations | 35 | | 35 | |
| Databases | 163 | | 163 | |
| Documents | 3 | | 3 | |
| Images | 1841 | (2 Deleted) | 1841 | (2 Deleted) |
| Text | 667 | (12 Deleted) | 667 | (12 Deleted) |
| Uncategorized | 2364 | (147 Deleted) | 2364 | (147 Deleted) |
| Device Screenshots | 8 | | 8 | |

1B201, HTC PJ40110

## Contents

| | | | | |
|---|---|---|---|---|
| Bluetooth Devices | 2 | | 2 | |
| Calendar | 771 | (690 Deleted) | 771 | (690 Deleted) |
| Call Log | 573 | (18 Deleted) | 573 | (18 Deleted) |
| Chats | 328 | (35 Deleted) | 328 | (35 Deleted) |
| ☐ Facebook | 19 | (19 Deleted) | 19 | (19 Deleted) |
| ☐ Google+ Wall | 1 | (1 Deleted) | 1 | (1 Deleted) |
| ☐ GoSMS | 8 | | 8 | |
| ☐ Kik Messenger | 276 | (13 Deleted) | 276 | (13 Deleted) |
| ☐ ooVoo | 23 | (1 Deleted) | 23 | (1 Deleted) |
| ☐ WhatsApp | 1 | (1 Deleted) | 1 | (1 Deleted) |
| Contacts | 1575 | (186 Deleted) | 1575 | (186 Deleted) |
| Cookies | 3354 | (904 Deleted) | 3354 | (904 Deleted) |
| Device Events | 4 | (4 Deleted) | 4 | (4 Deleted) |
| Device Users | 1 | | 1 | |
| Emails | 958 | (154 Deleted) | 958 | (154 Deleted) |
| Installed Applications | 352 | (7 Deleted) | 352 | (7 Deleted) |
| Instant Messages | 118 | (118 Deleted) | 118 | (118 Deleted) |
| Journeys | 1 | | 1 | |
| Locations | 395 | (77 Deleted) | 395 | (77 Deleted) |
| MMS Messages | 376 | (22 Deleted) | 376 | (22 Deleted) |
| Notes | 2 | | 2 | |
| Passwords | 175 | (1 Deleted) | 175 | (1 Deleted) |
| Searched Items | 276 | (40 Deleted) | 276 | (40 Deleted) |
| SMS Messages | 8941 | (372 Deleted) | 8941 | (372 Deleted) |
| User Accounts | 26 | | 26 | |
| Web Bookmarks | 16 | | 16 | |
| Web History | 254 | (6 Deleted) | 254 | (6 Deleted) |
| Wireless Networks | 20 | | 20 | |
| Timeline | 16778 | (899 Deleted) | 16778 | (899 Deleted) |
| Data Files | 49981 | (7206 Deleted) | 49981 | (7206 Deleted) |
| ☐ Applications | 1312 | (39 Deleted) | 1312 | (39 Deleted) |
| ☐ Archives | 175 | (29 Deleted) | 175 | (29 Deleted) |
| ☐ Audio | 1547 | (5 Deleted) | 1547 | (5 Deleted) |
| ☐ Configurations | 155 | | 155 | |
| ☐ Databases | 643 | (2 Deleted) | 643 | (2 Deleted) |
| ☐ Documents | 18 | (1 Deleted) | 18 | (1 Deleted) |
| ☐ Images | 18087 | (1775 Deleted) | 18087 | (1775 Deleted) |
| ☐ Text | 1899 | (173 Deleted) | 1899 | (173 Deleted) |
| ☐ Uncategorized | 26042 | (5163 Deleted) | 26042 | (5163 Deleted) |
| ☐ Videos | 103 | (19 Deleted) | 103 | (19 Deleted) |

Case 3:18-mj-00016-DCK   Document 2   Filed 06/21/19   Page 7 of 21

1B202, CoolPad 3320A

- A forensic examination was attempted, however, Cellebrite was unable to connect to the examined device. This was due to the screen being damaged and unable to be manipulated in order to change the necessary settings for Cellebrite to conduct the examination.

- No data was obtained from this device.

1B203, LG 441 GB

Contents

| | Unlisted or Open | Total |
|---|---|---|
| SIM Data | 4 | 4 |
| Data Files | 83 | 83 |
| ● Text | 2 | 2 |
| ● Uncategorized | 81 | 81 |

1B205, LG 441 GB

## Contents

| | GROUP | | |
|---|---|---|---|
| SIM Data | | 4 | 4 |
| Data Files | | 83 | 83 |
| • Text | | 2 | 2 |
| • Uncategorized | | 81 | 81 |

1B210, Kyocera S3150

- A forensic examination was attempted, however, Cellebrite was unable to connect to this device.

- Photographs were taken of the phone number and User ID to identify the owner of the device along with the contacts.

1B211, Apple iPad Mini

## Contents

| | | | | |
|---|---|---|---|---|
| Application Usage | 74 | | 74 | |
| Calendar | 53 | (3 Deleted) | 53 | (3 Deleted) |
| Call Log | 96 | (5 Deleted) | 96 | (5 Deleted) |
| Contacts | 18 | (1 Deleted) | 18 | (1 Deleted) |
| Cookies | 315 | (3 Deleted) | 315 | (3 Deleted) |
| Device Notifications | 9 | | 9 | |
| Installed Applications | 322 | | 322 | |
| Locations | 39 | (1 Deleted) | 39 | (1 Deleted) |
| Log Entries | 17 | | 17 | |
| Searched Items | 130 | (1 Deleted) | 130 | (1 Deleted) |
| SIM Data | 14 | | 14 | |
| User Accounts | 8 | | 8 | |
| User Dictionary | 49 | | 49 | |
| Web Bookmarks | 6 | | 6 | |
| Web History | 285 | (17 Deleted) | 285 | (17 Deleted) |
| Wireless Networks | 2 | | 2 | |
| Timeline | 1041 | (5 Deleted) | 1041 | (5 Deleted) |
| Data Files | 208463 | | 208463 | |
| Applications | 638 | | 638 | |
| Archives | 719 | | 719 | |
| Audio | 7938 | | 7938 | |
| Configurations | 104895 | | 104895 | |
| Databases | 422 | | 422 | |
| Documents | 448 | | 448 | |
| Images | 33384 | | 33384 | |
| Text | 11885 | | 11885 | |
| Uncategorized | 47668 | | 47668 | |
| Videos | 466 | | 466 | |
| Device Screenshots | 28 | | 28 | |

1B214, Samsung SM-T230NU

## Contents

| | | | | |
|---|---|---|---|---|
| Autofill | 26 | | 26 | |
| Call Log | 27 | (1 Deleted) | 27 | (1 Deleted) |
| Chats | 25 | (1 Deleted) | 25 | (1 Deleted) |
| ▪ Hangouts | 5 | (1 Deleted) | 5 | (1 Deleted) |
| ▪ Instagram | 20 | | 20 | |
| Contacts | 890 | | 890 | |
| Cookies | 764 | (8 Deleted) | 764 | (8 Deleted) |
| Device Users | 1 | | 1 | |
| Emails | 191 | (32 Deleted) | 191 | (32 Deleted) |
| Installed Applications | 245 | (1 Deleted) | 245 | (1 Deleted) |
| Locations | 1977 | | 1977 | |
| Passwords | 151 | | 151 | |
| Powering Events | 2 | (1 Deleted) | 2 | (1 Deleted) |
| Searched Items | 56 | | 56 | |
| User Accounts | 18 | | 18 | |
| Web History | 282 | | 282 | |
| Wireless Networks | 1979 | | 1979 | |
| Timeline | 3518 | (13 Deleted) | 3518 | (13 Deleted) |
| Data Files | 48467 | (9407 Deleted) | 48467 | (9407 Deleted) |
| ▪ Applications | 1680 | (121 Deleted) | 1680 | (121 Deleted) |
| ▪ Archives | 129 | (12 Deleted) | 129 | (12 Deleted) |
| ▪ Audio | 187 | | 187 | |
| ▪ Configurations | 259 | (2 Deleted) | 259 | (2 Deleted) |
| ▪ Databases | 403 | (3 Deleted) | 403 | (3 Deleted) |
| ▪ Documents | 1 | | 1 | |
| ▪ Images | 15670 | (181 Deleted) | 15670 | (181 Deleted) |
| ▪ Text | 1721 | (171 Deleted) | 1721 | (171 Deleted) |
| ▪ Uncategorized | 28149 | (8836 Deleted) | 28149 | (8836 Deleted) |
| ▪ Videos | 268 | (81 Deleted) | 268 | (81 Deleted) |

3

1B224, Lenovo TB-X103F

## Contents

| | | | | |
|---|---|---|---|---|
| Autofill | 26 | | 26 | |
| Call Log | 27 | (1 Deleted) | 27 | (1 Deleted) |
| Chats | 25 | (1 Deleted) | 25 | (1 Deleted) |
|   Hangouts | 5 | (1 Deleted) | 5 | (1 Deleted) |
|   Instagram | 20 | | 20 | |
| Contacts | 890 | | 890 | |
| Cookies | 764 | (8 Deleted) | 764 | (8 Deleted) |
| Device Users | 1 | | 1 | |
| Emails | 191 | (32 Deleted) | 191 | (32 Deleted) |
| Installed Applications | 245 | (1 Deleted) | 245 | (1 Deleted) |
| Locations | 1977 | | 1977 | |
| Passwords | 151 | | 151 | |
| Powering Events | 2 | (1 Deleted) | 2 | (1 Deleted) |
| Searched Items | 56 | | 56 | |
| User Accounts | 18 | | 18 | |
| Web History | 282 | | 282 | |
| Wireless Networks | 1979 | | 1979 | |
| Timeline | 3518 | (13 Deleted) | 3518 | (13 Deleted) |
| Data Files | 48467 | (9407 Deleted) | 48467 | (9407 Deleted) |
|   Applications | 1680 | (121 Deleted) | 1680 | (121 Deleted) |
|   Archives | 129 | (12 Deleted) | 129 | (12 Deleted) |
|   Audio | 187 | | 187 | |
|   Configurations | 259 | (2 Deleted) | 259 | (2 Deleted) |
|   Databases | 403 | (3 Deleted) | 403 | (3 Deleted) |
|   Documents | 1 | | 1 | |
|   Images | 15670 | (181 Deleted) | 15670 | (181 Deleted) |

3

| | | | | |
|---|---|---|---|---|
|   Text | 1721 | (171 Deleted) | 1721 | (171 Deleted) |
|   Uncategorized | 28149 | (8836 Deleted) | 28149 | (8836 Deleted) |
|   Videos | 268 | (81 Deleted) | 268 | (81 Deleted) |

1B225, Samsung SM-G900T

1. Application Usage
2. Calendar
3. Call Log
4. Cell Towers
5. Chats
    a. Facebook Messenger
    b. Google+ Wall
    c. Hangouts
    d. Kik Messenger
    e. Text Now
6. Contacts
7. Cookies
8. Device Users
9. Emails
10. Installed Applications
11. Locations
12. MMS Messages
13. Notes
14. Passwords
15. Powering Events
16. Searched Items
17. SIM Data
18. SMS Messages
19. User Accounts
20. User Dictionary
21. Web Bookmarks
22. Web History
23. Wireless Networks
24. Timeline
25. Data Files
    a. Applications
    b. Archive
    c. Audio
    d. Configuration
    e. Databases
    f. Documents
    g. Images
    h. Text
    i. Uncategorized
    j. Videos

1B229, Alcatel P310A Tablet

- A forensic examination was attempted, however, Cellebrite was unable to connect to this device.

- No data was obtained from this device.

1B229, Insignia NS-15S08 Tablet

Contents

| | | |
|---|---|---|
| Data Files | 1 | 1 |
| Uncategorized | 1 | 1 |

- A forensic examination was attempted, however, Cellebrite was unable to connect to this device.

- No data was obtained from this device.

1B233, LG D801

1. Autofill
2. Calendar
3. Call Logs
4. Cell Towers
5. Chats
   a. Facebook
   b. Facebook messenger
   c. ICQ
   d. ICQ – old version
   e. Instagram
   f. Line: bobby5eale
   g. ooVoo
   h. WhatsApp
6. Contacts
7. Cookies
8. Device Notifications
9. Device Users
10. Emails
11. Installed Applications
12. Instant Messages
13. Locations
14. MMS Messages
15. Notes
16. Passwords
17. Powering Events
18. Searched Items
19. SMS Messages
20. User Accounts
21. User Dictionary
22. Web Bookmarks
23. Web History
24. Wireless Networkds
25. Timeline
26. Data Files
   a. Applications
   b. Audio
   c. Configurations
   d. Databases
   e. Documents
   f. Images
   g. Text
   h. Uncategorized
   i. Videos
27. Activity Analytics
28. Analytics Emails
   a. Uncategorized
   b. bandannabillie@gmail.com
29. Analytics Phones
30. WhatsApp

1B233, Samsung SM-B311V

- A forensic examination was attempted, however, Cellebrite was unable to connect to this device. This device was in setup mode. Due to the examined device being in setup mode, no examination was conducted.

- No data was obtained from this device.

Attached Reports for Case No. 3:18 MJ 16

1B240, Kyocera S1300

1. Call Logs
2. Contacts
3. SMS Messages
4. Timeline
5. Data Files
   a. Audio
   b. Images
   c. Text
   d. Uncategorized
6. Activity Analytics
7. Analytics Phones